# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE D. GARNER,<br><br>       Plaintiff,<br><br>vs.<br><br>DWIGHT W. NEVEN, *et al.*,<br><br>       Defendants. | 2:12-cv-01997-JCM-CWH<br><br>**ORDER** |

Willie D. Garner, an individual is incarcerated at High Desert State Prison, submitted a *pro se* Civil Rights Complaint (received November 19, 2012), but has not paid the required filing fee of $350 or filed an application to proceed in forma pauperis. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

       **IT IS SO ORDERED.**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE